USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 14, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELITA M. DESIDERIO,
Plaintiff,

-against-

JOY G. HARRISON, M.D., et al.,
Defendants.

26-MC-00131 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

For the reasons stated on the record at the July 14, 2026, this action is hereby STAYED pending an order from the District of New Mexico resolving Plaintiff's motion to set aside the default judgment. Plaintiff may take no further steps in this action to enforce the July 2, 2025 default judgment entered against Defendant Joy G. Harrison. *See Desiderio v. United States of America*, No. 23-CV-00057, Dkt. No. 116 (D.N.M. July 2, 2025). On consent of Defendants' counsel, Defendants 266 9th Street LLC and Park Slope ES LLC shall take no actions absent an explicit Court Order to sell, dispose of, encumber, or transfer their real property assets.

This order does not affect any current encumbrances on Defendant Harrison's bank accounts. The parties shall promptly meet and confer on whether those encumbrances could be lifted in exchange for Defendant Harrison posting a bond or some other accommodation. If the parties are unable to reach an agreement on this issue so that Defendant Harrison may access and use her bank account for her day-to-day expenses, Defendants may make an appropriate motion to the Court.

Finally, the parties are hereby ORDERED to file a joint status update within **seven (7) days** of an order from the District Court for the District of New Mexico resolving Defendant Harrison's pending motion to set aside the default judgment or by **August 14, 2026**, whichever is sooner. The letter must apprise the Court on the status of the New Mexico action and any other updates relevant to this lawsuit.

Dated: July 14, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge