KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Kenneth Katz
Katz Melinger PLLC

o: (212) 460-0047
f : (212) 428-6811
kjkatz@katzmelinger.com

August 11, 2026

**VIA ECF**
The Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

**Re: *Desiderio v. Harrison, et al.*, No. 1:26-mc-00131-MMG**

Dear Judge Garnett:

We are attorneys for the plaintiff in the above matter and write jointly with counsel for the Defendants in the matter. We write in accordance with the Court's July 14, 2026 Order to provide an update on the status of the pending motion to vacate the judgment in the underlying action, *Desiderio v. Harrison, et al.*, No. 1:23-cv-00057-WJ-KRS (D.N.M.)

To date the motion to vacate the default judgment remains pending. By order dated August 7, 2026 the Chief District Judge William P. Johnson referred to Magistrate Judge Kevin R. Sweazea the motion to vacate[1] for proposed findings and a recommended disposition to Chief District Judge William P. Johnson. Following the submission by Magistrate Judge Sweazea all parties shall be provided an opportunity to file any objections to the report and recommendation.

The parties will promptly advise the Court of any material developments relating to the pending motion to vacate.

Respectfully submitted,

*/s/ Kenneth Katz*
Kenneth Katz

CC: Defendants' counsel *via ECF*

[1] Plaintiff has also filed a motion to strike the reply and a motion for sanctions as well which were referred to Magistrate Judge Sweazea in the same Order.

GRANTED. The parties are hereby ORDERED to file a further status update by **October 12, 2026**, and **every sixty (60) days thereafter**, or **within seven (7) days** of a ruling on Defendant's motion to vacate in the underlying action, *Desiderio v. Harrison, et al.*, No. 1:23-CV-00057 (WJ) (KRS) (D.N.M.), whichever is sooner.

SO ORDERED. Dated August 13, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE